# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

5:24-cv-00178-KDB-SCR

| | |
|---|---|
| ACE HARDWARE HOME SERVICES, INC.<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW GHANTT,<br><br>  Defendant. | **ORDER GRANTING JOINT MOTION FOR INJUNCTION AND TO DISMISS** |

  The parties have filed a Joint Motion for Injunction and to Dismiss reporting that they have settled this matter and requesting that the Court enter a consent injunction that secures the parties' performance of their settlement agreement (the "Agreement") and otherwise dismisses this action. The Court has reviewed the motion and finds, based on the Parties' agreement, that there is good cause to enter the injunction.

  **NOW, THEREFORE, IT IS ORDERED** that:

  1. Until June 24, 2026, Ghantt shall not personally or through an intermediary that he knows to be acting on his or My A/C Guy, LLC's behalf, contact, solicit, provide services to, contract with, or accept business from any entity or individual who Ghantt personally contacted, solicited, provided services to, contracted with, or accepted business from, or possessed Ace Hardware Home Services, Inc. ("AHHS") Data about by virtue of his capacity as an employee of AHHS during the two years prior to the termination of Ghantt's employment.

2. Until June 24, 2026, Ghantt shall not (a) induce, offer, assist, solicit, encourage, cause or suggest, in any manner, (i) that Ghantt or another business offer employment to or enter into a business affiliation with any employee of AHHS (to the extent that such business affiliation involves the same or substantially similar business as AHHS' business), or (ii) that any employee of AHHS terminate his or her employment with AHHS; or (b) hire, employ or contract with any employee of AHHS (in connection with the operation of any business that does the same or substantially the same business as AHHS). This prohibition shall not apply to the solicitation, hiring, or continued employment of Whitney Ghantt, Jake Siders, and Brooks Cannon.

3. Until January 20, 2025, Ghantt shall not provide services to or conduct business with any person or entity located within a 30-mile radius from 4738 N. N.C. 16 Bus., Denver, North Carolina, 28037, if such services or business are the same or substantially similar to the services or business in which Ghantt was engaged as an employee of AHHS. For the purposes of this specific prohibition, "Ghantt" refers not just to Ghantt but also to any intermediary whom Ghantt knows to be acting on his behalf, My A/C Guy, LLC, and any other company or business that Ghantt owns or operates, except that Ghantt is not prohibited from owning less than 5% of the outstanding shares of a publicly traded corporation that competes with AHHS. For the avoidance of doubt, the fact that My A/C Guy, LLC, has a principal address within the 30-mile radius described above is not a violation of this prohibition. Ghantt shall be permitted, without it being deemed a violation of this prohibition, to perform his obligations under any contract between him or My A/C Guy, LLC, and any customer located within the 30-mile radius, if that contract was entered into prior to the date he executed the Agreement.

4. To the extent he has not done so already, Ghantt shall return all AHHS documents (whether in hard copy or electronic form) containing AHHS' trade secrets or proprietary information, including but not limited to customer lists and AHHS pricing information.

5. Neither party, by agreeing to the entry of this consent injunction, admits any liability to any other party or concedes the strength or weakness of any claim or defense pled or that could have been pled in this action. Ghantt specifically denies that he has breached any agreement with AHHS.

6. This action is dismissed, with prejudice, but the Court shall retain jurisdiction to enforce this injunction.

**SO ORDERED.**

Signed: September 18, 2024

Kenneth D. Bell
United States District Judge